# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,     )  | |
| )  | |
| v.     )  | Case No. 16-CR-20032-05-JAR |
| )  | |
| LORENZO BLACK,     )  | |
| KARL CARTER,     )  | |
| a/k/a "KC,"    )  | |
| ANTHON AIONO     )  | |
| a/k/a "THE SAMOAN,"    )  | |
| ALICIA TACKETT,     )  | |
| a/k/a "ALICIA STANFIELD,"    )  | |
| a/k/a "ALICIA ROWLETTE,"    )  | |
| CATHERINE ROWLETTE,     )  | |
| a/k/a "CATHY,"    )  | |
| DAVID BISHOP,     )  | |
| )  | |
| Defendants.     )  | |

## CATHERINE ROWLETTE'S
## MOTION TO ADOPT AND JOIN IN PRE-TRIAL MOTIONS

COMES NOW the defendant, Catherine Rowlette, by and through her attorney, Michael M. Jackson, and hereby moves the Court for an order permitting this defendant to adopt and join in the Amended Motion for Fed. R. Crim. P. 41(g) Return of Information, filed herein on 08/07/2016, (Doc. 85) and any and all pre-trial motions filed by any and all co-defendants herein which may be applicable and beneficial to this defendant.

No hearing is requested.

Respectfully submitted,

S/ Michael M. Jackson
Michael M Jackson #10642
Attorney At Law
727 S. Kansas, Suite 2
Topeka, KS 66603
Telephone: 785-234-6553
Fax: 785-234-8715
Email jacksonmm@aol.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the interested parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/EFC participants: None

**s/ Michael M. Jackson**
Michael M Jackson