AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

### APPEARANCE

UNITED STATES OF AMERICA,
                Plaintiff,

        vs.                                 CASE NUMBER: 2:16-cr-20032-JAR

LORENZO BLACK, et al.,
                Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        FEDERAL PUBLIC DEFENDER, Movant.

    I certify that I am admitted to practice in this court.

| August 19, 2016 | s/Kirk C. Redmond | 18914 |
|---|---|---|
| | Name | Bar Number |

First Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Address

Topeka, Kansas                66603-3840
City      State                    Zip Code

785/232-9828             785/232-9886
Phone Number                Fax Number

E-mail address: kirk_redmond@fd.org