**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|           Plaintiff,     ) | |
|   ) | |
| v.     ) | CASE NO: 16-cr-20032-JAR |
|   ) | |
| LORENZO BLACK,     *et al.,*     ) | |
|           Defendant.     ) | |

## ENTRY OF APPEARANCE

COMES NOW, Erin C. Thompson of Foland, Wickens, Eisfelder, Roper & Hofer, P.C., and hereby enters her appearance as co-counsel in the above captioned case on behalf of interested party, Richard Dertinger.

          Respectfully submitted,

          FOLAND, WICKENS, EISFELDER,
          ROPER & HOFER, P.C.

          /s/ Erin C. Thompson
          Erin C. Thompson**,** #22117
          1200 Main Street
          Suite 2200
          Kansas City, Missouri 64105
          816-423-5300 (Tel)
          816-472-6262 (Fax)
          Email:  ethompson@fwpclaw.com

          ATTORNEYS FOR INTERESTED PARTY
          DERTINGER

## CERTIFICATE OF SERVICE

I do hereby certify that on the 17th day of October, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

/s/Erin C. Thompson
Erin C. Thompson