IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

**NOV 03 2016**

~~TIMOTHY M. O'BRIEN CLERK~~
~~By_____Deputy~~

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Case No.  16-20032-04-JAR |
| CATHERINE ROWLETTE,<br>Defendant. | )<br>)<br>)<br>) | |

### CONSENT TO PROCEED WITH GUILTY PLEA BEFORE
### A UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE

I, Catherine Rowlette, have been fully informed and advised by my attorney of record,

Michael Jackson, of my legal right to trial and to enter a plea of guilty in this criminal case

before a U.S. District Judge.  Knowingly and voluntarily, I hereby waive (that is, give up) my

right to enter my guilty plea before a U.S. District Judge.  And I hereby consent to entering my

guilty plea before U.S. Magistrate Judge Teresa J. James. *See* Fed. R. Crim P. 58 §

(b)(3)(A).

_____
Catherine Rowlette, Defendant

_____
Michael Jackson, Attorney for Defendant

Dated:        November 3, 2016

Before:      _____
U. S. Magistrate Judge Teresa J. James