**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>v. ) CASE NO: 16-cr-20032-JAR<br> )<br>LORENZO BLACK, *et al.,* )<br>    Defendant. ) | |

**NOTICE OF CHANGE OF ADDRESS**

  Attorney Erin Thompson files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

  Law Firm:  Morgan Pilate

  Address:  926 Cherry St.
        Kansas City, MO 64106

  E-mail:  ethompson@morganpilate.com

            Respectfully submitted,

            __s/ Erin Thompson_____
            Erin Thompson (#22117)
            **MORGAN PILATE**
            926 Cherry St.
            Kansas City, MO 64106
            Telephone: (816) 471-6694
            Fax:    (816) 472-3516
            E-mail:  ethompson@morganpilate.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 2nd day of June, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

/s/Erin C. Thompson
Erin C. Thompson