

**U.S. Department of Justice**

Executive Office for United States Attorneys

*General Counsel*

600 E. Street, NW, Ste 5100  
Washington, DC 20530

Phone (202) 252-1550  
FAX (202) 252-1650

July 14, 2017

The Honorable Julie A. Robinson  
Chief Judge  
United States District Court  
District of Kansas  
500 State Avenue, Suite 511  
Kansas City, KS  66101

Dear Chief Judge Robinson:

  This is to advise you that, pursuant to a request from United States Attorney Thomas Beall, the Department of Justice (the Department) has appointed Assistant United States Attorney (AUSA) Steven D. Clymer, Northern District of New York (NDNY), as a Special Attorney to assist the United States Attorney's Office for the District of Kansas (USAO) in the Special Master's Investigation into allegations of misconduct raised in *United States v. Black, et al.*, Case No. 16-20032-JAR (the Investigation). AUSA Clymer was appointed under 28 U.S.C. § 515 to take overall responsibility for, and control of, the Department's participation in Phase III of the Investigation. He will be the primary liaison between the USAO and you or the Special Master during the Investigation and will have full authority for making any necessary decisions on responses to requests from you or the Special Master related to Phase III of the Investigation. The USAO has not been recused from either the underlying *Black* case, for which they will continue to be responsible, or the Investigation.

  AUSA Clymer is a very experienced AUSA, having served for over twenty years in the NDNY and the Central District of California, including serving as Criminal Chief in both districts. He is currently the Appellate Chief in NDNY. During his career as a federal prosecutor AUSA Clymer has successfully handled complex and high profile investigations, prosecutions, and appeals, including white collar, violent crime, civil rights, money laundering, and drug cases. In addition, he has also served as both a tenured and adjunct professor at Cornell Law School. We are confident that AUSA Clymer will be of great assistance to the USAO and the Court in bringing the Investigation to completion.

  AUSA Clymer is planning to meet with you, as well as the Special Master, in the near future. AUSA Clymer may be reached at (315) 448-0684. His address is U.S. Attorney's Office for the Northern District of New York, 900 Federal Building, 100 South Clinton Street, Syracuse, NY 13261.

2

Please feel free to contact me if you have any questions about this appointment action.

Sincerely,

Jay Macklin
General Counsel

Cc: David R. Cohen, Federal Special Master

AUSA Steven D. Clymer, Special Attorney

United States Attorney Thomas Beall