IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>        v.                       )<br>                                 )<br> LORENZO BLACK,                  )<br> KARL CARTER,                    )<br> ANTHONY AIONO,                  )<br> ALICIA TACKETT, and             )<br> CATHERINE ROWLETTE,             )<br>                                 )<br>            Defendants.          )<br>_____  ) | Case No. 16-20032-JAR<br><br>Affidavit in Support of<br>Government's Motion to<br>Terminate "Phase III" of the<br>Special Master's Investigation |

State of New York    ) ss.
County of Onondaga   )

STEVEN D. CLYMER, being duly sworn, deposes and states:

1.  I am an Assistant United States Attorney for the Northern District of New York. On July 12, 2017, I was appointed as a Special Attorney to the Attorney General pursuant to 28 U.S.C. § 515 to take overall control of and responsibility for the government's involvement in Phase III of the special master's investigation in the above-captioned case.

2.  I make this affidavit in support of the government's motion to terminate Phase III of the special master's investigation.

3.  On November 1, 2017, I produced to the special master information responsive to request #14 in the special master's letter to United States Attorney Thomas Beall dated July 10, 2017.

4.      On November 21, 2017, as a result of a court order dated November 7, 2017 [Docket #307], I produced to the special master and to the Court grand jury information responsive to request #9 in the special master's letter to United States Attorney Thomas Beall dated July 10, 2017.

5.      Exhibit 1 to the government's motion is a copy of an electronic mail message that I received from the special master on or about November 16, 2017.

6.      Exhibit 2 to the government's motion is a copy of a letter that I sent to the special master on November 24, 2017.

7.      Exhibit 3 to the government's motion is a copy of an electronic mail message that I received from the special master on or about November 30, 2017.

8.      Exhibit 4 to the government's motion is a copy of a subpoena *duces tecum* from the special master and served on me.

9.      Exhibits 5A through 5G to the government's motion are copies of subpoenas demanding testimony from present and former employees of the United States Attorney's Office for the District of Kansas from the special master, each accompanied by a summary of testimony sought as required by 28 C.F.R. § 16.23(c). These subpoenas were provided to me in digital form

by the special master, who noted that he was then uncertain whether the Tomasic subpoena (Exhibit 5G) had been served.

The foregoing is true and correct to the best of my knowledge and belief.

                                                                               Steven D. Clymer

Sworn to before me this 18th day of December, 2017.

Notary Public

DEANNA LIEBERMAN
Notary Public, State of New York
No. 01LI6105102
Qualified in WAYNE County
Commission Expires FEBRUARY 2, 2020