# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 16-CR-20032-JAR** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Government's Motion to Quash** |
| | ) | **Additional Subpoena Issued by the** |
| **LORENZO BLACK,** | ) | **Federal Public Defender;** |
| **KARL CARTER,** | ) | **Memorandum of Points and** |
| **ANTHON AIONO,** | ) | **Authorities** |
| **ALICIA TACKETT,** | ) | |
| **CATHERINE ROWLETTE, and** | ) | |
| **DAVID BISHOP,** | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby moves this Court to quash the Federal Public Defender's subpoena for testimony from two Corrections Corporation of America/CoreCivic employees, Sgt. Wayne Bigelow and Sgt. Ken Lajiness.

This motion is based on Rule 17(c)(2) of the Federal Rules of Criminal Procedure, the files and records of this case, and the attached memorandum of points and authorities.                                 .

                    Respectfully submitted,

                    */s/ Steven D. Clymer*
                    Steven D. Clymer
                    Special Attorney for the United States

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States of America hereby moves this Court to quash a subpoena for testimony from Corrections Corporation of America/CoreCivic employees, Sgt. Wayne Bigelow and Sgt. Ken Lajiness, apparently issued by the Office of the Federal Public Defender ["FPD"].  *See* Docket #347 [FPD Motion for Production of Witnesses Pursuant to Fed. R. Crim. P. 17(b)] and #349 [Order for Production of Witnesses].

The government hereby incorporates by reference its previously-filed memorandum of points and authorities in support of its corrected motion to quash FPD subpoenas. *See* Docket #340.

**Certificate of Service**

I hereby certify that on the 4th day of January, 2018, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York
