# Kansas Federal Public Defender
www.ks.fd.org

Federal Public Defender Melody Brannon
First Assistant Federal Public Defender Kirk Redmond



Topeka Division Attorneys
Branden A. Bell
Rich Federico
Carl Folsom
David Magariel
Andrew McGowan
Paige A. Nichols

January 9, 2018

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485
ogc@hq.dhs.gov

    Re:   *Touhy* request for *United States v. Lorenzo Black, et. al.*,
          16-cr-20032-JAR (D. Kan.)

General Counsel:

This letter serves as a demand for testimony, or a *Touhy* request, pursuant to 6 C.F.R. §§ 5.41, *et. seq.*, requesting the person listed herein, employed by the United States Secret Service (USSS), U.S. Department of Homeland Security, to appear and testify at the evidentiary hearing on January 18, 2018, or as required thereafter until completion of their testimony.

The Chief Judge of the District of Kansas set the hearing to discuss the Special Master's findings concerning the government's failure to comply with a court-ordered inquiry. This inquiry is investigating the conduct of the government. It is in this context that the witness is requested to appear and testify.

The person listed herein is an "employee," as defined under 6 C.F.R. § 5.41(c). Pursuant to the 6 C.F.R. § 5.45(a), the nature and relevance of the testimony sought is as follows:

**1. Special Agent John Suebert** – Kansas City, Missouri Field Office

John Seubert is a Special Agent with the USSS Kansas City Field Office. He has personal knowledge and can testify about the following topics:

(1) His role, generally, in the investigation that led to indictments in this case;

Kansas City Division
500 State Ave, Room 201
Kansas City, Kansas 66101
Tel 913.551.6712
Fax 913.551.6562

Topeka Division
117 SW 6th Ave, Ste 200
Topeka, Kansas 66603
Tel 785.232.9828
Fax 785.232.9886

Wichita Division
301 N Main, Ste 850
Wichita, Kansas 67202
Tel 316.269.6445
Fax 316.269.6175

(2) USSS obtaining hard drives from CCA-Leavenworth in 2016 that contained recordings from the video surveillance system within the facility;

(3) What USSS did with the hard drives, to include who they were given to, how they were packaged, and whether they were saved, reproduced, or used;

(4) USSS conduct in furtherance of cooperation with the Special Master's Phase III investigation;

(5) The decision of the USSS to cease cooperation with the Special Master, including who made the decision and the basis for it;

(6) Communications and negotiations with the Special Master relating to cooperation with the Phase III investigation; and

(7) Communications and coordination with the U.S. Department of Justice relating to USSS cooperation with the Phase III investigation.

This information meets all the criteria for production. It is not unduly burdensome as it is only a single witness sought, with no travel required. This witness will testify about his conduct as part of his official duties and so it is related to the Department's mission. No time or money will be expended for private purposes. The witness is relevant and material to the action pending and there are no alternative ways for this information to come before the Court. Finally, the testimony would not violate any law and is not otherwise privileged.

We request the witness appear in person to provide testimony. A motion for subpoenas is being filed contemporaneously with the issuance of this letter. Please direct any questions to Rich Federico, Staff Attorney, at (785) 232-9828; rich_federico@fd.org.

Sincerely,

Melody Brannon
Federal Public Defender

Cc:

David Cohen
Special Master
david@specialmaster.biz

Steven Clymer
Assistant U.S. Attorney
steven.d.clymer@usdoj.gov

Kirk Redmond
First Assistant Federal Public Defender
Kirk_Redmond@fd.org

Branden Bell
Assistant Federal Public Defender
Branden_Bell@fd.org

Rich Federico
Staff Attorney (R&W)
Rich_Federico@fd.org