**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 16-CR-20032-JAR |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Government's Motion to Quash** |
| ) | **Additional Subpoenas Issued by the** |
| **LORENZO BLACK,** ) | **Federal Public Defender and** |
| **KARL CARTER,** ) | **Subpoenas Issued by Defendants** |
| **ANTHON AIONO,** ) | **Carter and Bishop; Memorandum of** |
| **ALICIA TACKETT,** ) | **Points and Authorities** |
| **CATHERINE ROWLETTE, and** ) | |
| **DAVID BISHOP,** ) | |
| ) | |
| **Defendants.** ) | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby moves this Court to quash the Federal Public Defender's subpoenas for testimony from a Special Agent of the Secret Service and a former employee of the United States Marshal's Service; and subpoenas issued by defendants Carter and Bishop for present and former employees of the United States Attorney's Office for the District of Kansas.

This motion is based on Rule 17(c)(2) of the Federal Rules of Criminal Procedure, the files and records of this case, and the attached memorandum of points and authorities.   .

> Respectfully submitted,
>
> /s/ Steven D. Clymer
> Steven D. Clymer
> Special Attorney for the United States

**MEMORANDUM OF POINTS AND AUTHORITIES**

The United States of America hereby moves this Court to quash (1) a subpoena for testimony from Special Agent John Seubert of the United States Secret Service, apparently issued by the Office of the Federal Public Defender ["FPD"], *see* Docket #367 [FPD Motion for Production of Witnesses Pursuant to Fed. R. Crim. P. 17(b)]; Docket #369 [Order for Production of Witnesses]; (2) a subpoena for testimony from Patricia Cook, a former employee of the United States Marshal's Service ["USMS"], apparently issued by the Office of the Federal Public Defender ["FPD"], *see* Docket #363-1 [FPD Motion for Production of Witnesses Pursuant to Fed. R. Crim. P. 17(b)]; Docket #368 [Order for Production of Witnesses]; and (3) subpoenas for testimony from twelve named present and former employees of the United States Attorney's Office for the District of Kansas, apparently issued by defendants Karl Carter and David Bishop. *See* Docket #337 [Carter Motion to Join], #339 [Bishop Motion to Join]; and #366 [Amended Order for Production of Witnesses].

The government hereby incorporates by reference its previously-filed memorandum of points and authorities in support of its corrected motion to quash FPD subpoenas, *see* Docket #340, and its responses to Carter's motion to join, *see* Docket #354, and Bishop's motion to join. *See* Docket #355.

**Certificate of Service**

I hereby certify that on the 11th day of January, 2018, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York
