FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

January 17, 2018

Elisabeth A. Shumaker
Clerk of Court

_____

In re: UNITED STATES,

　　　　Petitioner.

No. 18-3007
(D.C. No. 2:16-CR-20032-JAR-1)
(D. Kan.)

_____

**ORDER**
_____

Before **TYMKOVICH**, Chief Judge, and **MATHESON**, Circuit Judge.
_____

This matter comes before the court on the government's emergency motion for stay pending a decision on its petition for writ of mandamus. The government asks this court to issue an order "staying all proceedings in *United States v. Black*, No. 2:16-cr-20032-JAR" (D. Kan.). We grant the government's emergency stay request in part.

The court has determined that it requires responses to the mandamus petition. And given the relationship between the relief requested in the petition for writ of mandamus and the hearing that is scheduled to begin tomorrow morning—Thursday, January 18, 2018—we deem it prudent and appropriate to stay the hearing in order to allow further briefing and time to enter a considered decision in the mandamus matter. Further, we have insufficient information to determine whether parts of the hearing should be permitted to proceed as unrelated to the petition for writ of mandamus.

Defendants who have not been terminated shall respond to the petition for writ of mandamus by 5:00 p.m., MST on January 29, 2018. Movant Federal Public Defender is also ordered to respond by that same date and time. "Interested Parties" in the district

court action may file a joint response if they choose. Finally, Judge Robinson may respond to the petition for writ of mandamus if she so chooses.

The emergency motion for stay pending a decision on the petition for writ of mandamus is granted to the extent that the hearing scheduled to begin Thursday, January 18, 2018, is stayed pending a ruling on the mandamus petition.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk