# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE**<br><br>   **Defendants.** | **Case No. 16-20032-JAR** |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period January, 2018, in the total amount of $47,314.24, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: February 12, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146



# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: January, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---|
| New Fees (DRC 47.9 hours @ $500.00/hr.) (BB 1.1 hours @ $130.00/hr.) | $24,093.00 |
| New Expenses *DRC* | $1,994.59 |
| New Expenses *American Discovery* | $6,536.65 |
| New Expenses *VanBebber* | $14,690.00 |
| **Total New Charges** | **$47,314.24** |
| Prior Balance | $49,899.40 |
| Payments – Thank You! | $49,899.40 |
| **Total Now Due** | **$47,314.24** |

      s/Julie A. Robinson
      Judge Julie A. Robinson