**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 16-20032-JAR** |
| **LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE** | |
| **Defendants.** | |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period June, 2018, in the total amount of $5,751.27, which this Court has approved after *in camera* reviewing a detailed an itemized billing.   The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: July 11, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146



# DAVID R. COHEN
### FEDERAL SPECIAL MASTER

24400 CHAGRIN BLVD., SUITE 300
CLEVELAND, OHIO 44122
TELEPHONE: 216.831.0001
FACSIMILE: 866.357.3535
DAVID@SPECIALMASTER.LAW

**Summary Billing Statement / Proposed Order**
**Billing Period: June, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|------|-----------------:|
| New Fees (DRC 8.6 hours @ $600.00/hr.) | $5,160.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *VanBebber* | $350.00 |
| New Expenses *American Discovery* | $241.27 |
| **Total New Charges** | **$5,751.27** |
| Prior Balance | $58,069.66 |
| Payments – Thank You! | $58,069.66 |
| **Total Now Due** | **$5,751.27** |

s/Julie A. Robinson

_____
Judge Julie A. Robinson