**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  <br><br>    **Plaintiff,**  <br><br>    **v.**  <br><br> **LORENZO BLACK, et al.,**  <br><br>    **Defendants.** | **Case No. 16-20032-JAR** |

# ORDER

On August 17, 2018, Special Master David Cohen caused a subpoena *duces tecum* issued under the authority of Fed. R. Crim. P. 17 to be served on United States Attorney Stephen McAllister.  The subpoena demands production of thirteen categories of information on or before August 31, 2018 at 1:00 p.m.  Before the Court is the Government's Motion to Stay Special Master's Subpoena Duces Tecum Dated August 17, 2018 (Doc. 582).  In its motion, the Government explains that under federal regulations, the materials responsive to the Special Master's subpoena must be reviewed by Department of Justice officials before a disclosure decision can be made and instructions provided to United States Attorney McAllister.  Relying on 28 C.F.R. § 16.27, the Government requests that the deadline for complying with the Special Master's subpoena be extended by fourteen days, or until September 14, 2018.  Alternatively, the Government offers to make production on a rolling basis of any responsive documents that it concludes should be produced.

28 C.F.R. § 16.27 provides:

> If response to a demand is required before the instructions from the
> appropriate Department official are received, the responsible
> official or other Department attorney designated for the purpose
> shall appear and furnish the court or other authority with a copy of
> the regulations contained in this subpart and inform the court or

> other authority that the demand has been or is being, as the case may be, referred for the prompt consideration of the appropriate Department official and shall respectfully request the court or authority to stay the demand pending receipt of the requested instructions.

Under this provision, the Court finds good cause for granting the alternative relief requested in the Government's motion. The Government shall produce on a rolling basis any documents responsive to the Special Master's subpoena that it concludes should be produced after review by Department of Justice officials. This rolling production may be made through September 21, 2018. No further extensions will be granted.

**IT IS THEREFORE ORDERED BY THE COURT** that the Government's Motion to Stay Special Master's Subpoena Duces Tecum Dated August 17, 2018 (Doc. 582) is **granted**. The Government shall produce on a rolling basis any documents responsive to the Special Master's August 17, 2018 subpoena *duces tecum* up to and including **September 21, 2018**. **No further extensions will be granted**.

**IT IS SO ORDERED.**

Dated: August 31, 2018

                                                   S/ Julie A. Robinson
                                                   JULIE A. ROBINSON
                                                   CHIEF UNITED STATES DISTRICT JUDGE