2 OF 2

# THE UNITED STATES DISTRICT COURT OF KANSAS

ATTACHMENT-C

TYWAN A. POOLE, and others vs. CORE CIVIC (C.C.A.) and SECURUS

## MEMORANDUM AND ORDER REGARDING REQUESTS FROM INTERESTED PARTIES

CASE NO. 16-20032-JAR

Comes now TYWAN A. POOLE under Penalty of perjury are requesting confirmation of receipt of previous class Action claim as d interested party Pro-SE. I was incarcerated at C.C.A. from April 2016 to November 2, 2017. Within the time period of Constitutional Violations of Attorney phone calls, and Video Visits. I am in Federal Custody thru Missouri WESTERN District, and was housed by Marshal Service to C.C.A. for a pending 28 USC 2255 MOTION. I had 2 ATTORNEY Visits from Appeal Counsel Christine Blegen. I motioned the Court to TERMINATE Counsel at that time due to her allowing the Recordings Knowingly without making me aware of such recordings. I then motioned the MISSOURI WESTERN DISTRICT for DISCOVERY of Aud/Vid. I am currently d interested party of that class Action Claim. I pray that the Court will proceed on my behalf.

Respectfully Submitted

TYWAN A. POOLE #25194-045
PHOENIX F.C.I. - PIMA-B
37910 N. 45th AVENUE
PHOENIX, AZ 85086

November 17, 2017